UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC., | Civil Action No.: 1:23-cv-00443-JMF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SAKS & COMPANY, LLC, et al., | |
| Defendants. | |

1

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Klauber Brothers, Inc. and Defendant Saks & Company, LLC, by and through their designated counsel, that all claims set forth in the above-titled action, be and are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to this stipulation shall bear its own costs, expenses, and attorneys' fees as incurred against one another in connection with this action.

Dated: April 4, 2023                                              Dated: April 4, 2023

**DONIGER / BURROUGHS**                             **COWAN, LIEBOWITZ & LATMAN, P.C.**

By: _/s/ Scott Alan Burroughs_                              By: _____
  Scott Alan Burroughs, Esq.                                   Joel Karni Schmidt, Esq.
  Attorney for Plaintiff                                             Attorney for Defendant
  247 Water Street                                                 114 West 47th Street
  First Floor                                                           New York, New York 10036-1525
  New York, New York 10038                              (212) 790-9244
  (310) 590-1820                                                   jks@cll.com
  scott@donigerlawfirm.com

Dated: April 5, 2023

By: _____
  Honorable Jesse M. Furman
  United States District Judge

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.